GRACE H. GRIFFIN, Respondent, v. WILLIAM H. GRIFFIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

PAUL E. ALBERTI and Others, Respondents, v. DAVID G. BAIRD and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

GEORGE A. COLVIN, Respondent, v. JULES CHARMATZ and Another, Defendants, Impleaded with HENRY J. SCHNITZER, Appellant.— Order entered April 11, 1924, affirmed, with ten dollars costs and disbursements, and appeal from order of April 24, 1924, dismissed. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

GEORGE A. COLVIN, Respondent, v. HENRY J. SCHNITZER, Appellant.— Order entered April 11, 1924, affirmed, with ten dollars costs and disbursements, and appeal from order of April 24, 1924, dismissed. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ELIZABETH SAMWICK, as Administratrix, etc., v. FLORETTA GUGGENHEIM.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

IRENE A. MEANEY v. WILLIAM P. MEANEY.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

GUSTAVE HENDERSON, as President, etc., v. JAMES N. ANDERSON and Others. — Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of CARRY MAYER, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ELIZABETH McCOLGAN v. HARRY DODDS.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms of order. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

KAMP KEWANEE, INC., v. MARTIN MEYER and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

FLO LEWIS v. F. RAY COMSTOCK and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ARTHUR R. BRODY v. JUANITA MARTEN.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

HENRY A. GUINZBURG and Others v. DAVID BLUSTEIN and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

THOMAS W. BURNSIDE v. EDGAR BLOXHAM.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin. JJ.